## City of Chicago, Defendant in Error, v. Frank Walker, alias Clark, Plaintiff in Error.

### Gen. No. 21,509. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN A. MA-HONEY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed October 10, 1916.

### Statement of the Case.

Prosecution by the City of Chicago, plaintiff, against Frank Walker, *alias* Clark, defendant. To review a judgment entered against the defendant, he prosecutes a writ of error.

CANTWELL & SMITH, for plaintiff in error.

SAMUEL A. ETTELSON and HARRY B. MILLER, for defendant in error; DANIEL WEBSTER, of counsel.

MR. JUSTICE McGOORTY delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1751*—*when judgment affirmed.* Where a defendant sought to reverse a judgment against him on the ground that the trial court erroneously denied his petition for a change of venue, *held* that the petition not having been preserved by certificate of evidence or bill of exceptions, the judgment must be affirmed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.